ORIGINAL

FILED-USDC-NDTX-DA
'26 MAR 17 PM2:49



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

TITO MARRERO

NO.

3-26CR-132-N

### INDICTMENT

The Grand Jury Charges:

Count One
Influencing, Impeding, and Retaliating Against a Federal Official by Threat
[Violation of 18 U.S.C. § 115(a)(1)(B)]

On or about February 17, 2026, in the Northern District of Texas and elsewhere,

the defendant, **Tito Marrero**, did threaten to murder a United States Bankruptcy Judge,

and did so with the intent to impede, intimidate, interfere with, and retaliate against the

United States Bankruptcy Judge on account of the performance of the United States

Bankruptcy Judge's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Indictment—Pg. 1

Count Two
Influencing, Impeding, and Retaliating Against a Federal Official by Threat
[Violation of 18 U.S.C. § 115(a)(1)(B)]

On or about February 18, 2026, in the Northern District of Texas and elsewhere,

the defendant, **Tito Marrero**, did threaten to murder a United States Bankruptcy Judge,

and did so with the intent to impede, intimidate, interfere with, and retaliate against the

United States Bankruptcy Judge on account of the performance of the United States

Bankruptcy Judge's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Indictment—Pg. 2

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
B. KATY GARNER
Assistant United States Attorney
Kansas State Bar No. 280975
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8800
Facsimile: 214-659-8812
Email: katy.garner@usdoj.gov

Indictment—Pg. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TITO MARRERO

INDICTMENT

18 U.S.C. § 115(a)(1)(B)
Influencing, Impeding, and Retaliating Against a Federal Official by Threat
(Count 1)
18 U.S.C. § 115(a)(1)(B)
Influencing, Impeding, and Retaliating Against a Federal Official by Threat
(Count 2)

2 Counts

A true bill rendered

--------------------------------------------------------------------------------
DALLAS                                                              FOREPERSON

Filed in open court this 17 day of March, 2026.

--------------------------------------------------------------------------------

**Defendant in Federal Custody since   2/18/2026**

--------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   3:26-MJ-14-BW