IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 22 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

VS

TITO MARRERO

CASE NO: 3-26CR-132-N

MOTION FOR PRETRIAL DISCOVERY PURSUANT TO
CRIMINAL 16 AND 12 RULE FEDERAL PRACTICE

DEFENDANT TITO, WITH THE ASSISTANCE OF A LIMESTONE
COUNTY LEGAL CLERIC, FILES THIS PRETRIAL MOTION FOR
DISCOVERY AND INSPECTION FROM DOJ, FBI, US MARSHALS,
AND DHS, "THE GOVERNMENTS" RECORDS, DOCUMENTS, THINGS
MATERIAL TO THIS CASE, AND HANDWRITTEN COMPLAINTS
HAND DELIVERED TO PROSECUTORS OFFICE AT 1100 COMMERCE
STREET BY DEFENDANT, 3RD FLOOR, TIME STAMPED AND
SUBMITTED TO DOJ AND PROSECUTORS IN 2022 to
THE PRESENT TIME 2025.
    DEFENDANT TITO ALSO REQUEST THE DOJ ONLINE COMPLAINTS
FBI, DHS, AND US MARSHALS ONLINE ADMINISTRATIVE
COMPLAINTS BE DISCOVERED AND CONSOLIDATED FOR
COURTROOM DISCOVERY, AS WELL AS TEXAS ATTORNEY
GENERAL'S CONSUMER PROTECTION ACT COMPLAINTS
BE DISCOVERED, INCLUDING HUD AND VA HOME LOANS.
    DEFENDANT TITO ALSO REQUESTS THAT DOJ PROSECUTOR
TAKE "JUDICIAL NOTICE" AND DISCOVER THE FOLLOWING
CASES, AS THEY POSSESS MATERIALLY RELEVANT
EVIDENCE, ADMISSIONS, AND TESTIMONY THAT WILL BE USED
AS MITIGATING EVIDENCE, AND ABUSE OF DEFENDANT

①

TITO BY MANY OFFICERS OF THE COURTS:

① IN RE US VS 2024 U.S. DISTRICT LEXIS 216630

② IN RE CITYWIDE COMMUNITY DEVELOPMENT CORP 2025 BANKRUPTCY LEXIS 3176

③ MARRERO VS BANK OF AMERICA NA 2022 TX APPEAL LEXIS 9424

④ MARRERO VS MAYOR JOHNSON 2025 US DISTRICT LEXIS 160889

⑤ BANKRUPTCY FILING BY ADVOCATE AND TRUSTEE KEVIN WILEY IN 2021 APRIL, THERE ABOUTS, WHERE EXTORTION, THREATS, COERSION, STALKING, AND OTHER ABUSES OF PROCESS BEGAN WITH NO ATTEMPTS BY DOJ, FBI, US MARSHALS, OR OTHER GOVERNMENTAL AGENCY TO PREVENT HARM, OR MENTAL DEGREDATION EVER MATERLIZED TO ABATE THIS TRAVESTY/MISCARRIAGE OF JUSTICE.

DEFENDANT TITO SEEKS ALL EMAILS AND DIGITAL DOCUMENTS SENT TO THESE AGENCIES MENTIONED ABOVE BE SOUGHT FOR COURTROOM DISCOVERY, ALL IS MATERIAL, EXCULPATORY.

DEFENDANT TITO HAS REQUESTED THAT DEFENSE COUNSEL KARA CARRERAS, TEXAS BAR NO. 24028942, ASSIST TITO IN PREPARATIONS OF HIS DEFENSE, BUT SHE DOES NOT ANSWER PHONE CALLS FROM TITO, NOR HIS EMAILS, NOR ANY OF TITO'S REASONABLE REQUESTS. TO PREPARE OTHER RULE 12 PRETRIAL MOTIONS. FURTHER DEFEND SAYETH NAUGHT.

②

## Certificate of Service

DEFENDANT TITO CERTIFIES THAT HE SERVED PROSECUTOR KATY GARNER FOR DISCOVERY VIA ONLINE EMAIL FROM LIMESTONE COUNTY JAIL WITH NO REPLY, DEFENDANT TITO DOES NOT HAVE FUNDS TO PAY FOR ENVELOPES TO SERVE JUDGE, PROSECUTORS, AND CLERK OF COURTS, SO THIS MOTION IS BEING SERVED/SENT BY REGULAR US POSTAL MAIL THIS 14th DAY OF MAY, 2026, TO THE CLERK OF COURTS AND OR MAGISTRATE JUDGE MCKAY TO HAVE IT LOGGED, FILED, AND SUBMITTED TO CLERK OF COURT THROUGH HIS DIRECTIVE FOR DUE PROCESS OF LAW.

THE HONORABLE BRIAN MCKAY
UNITED STATES MAGISTRATE JUDGE
1100 COMMERCE STREET, ROOM 1567
DALLAS, TEXAS 75242

3

TITO MARRERO 42931512
LIMESTONE COUNTY DETENTION CENTER
910 N. TYUS ROAD
GROESBECK, TX 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
19 MAY 2026 PM 8 L

★ USA ★ FOREVER ★

RECEIVED
MAY 22 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

THE HONORABLE BRIAN MCKAY
UNITED STATES MAGISTRATE JUDGE
1100 COMMERCE STREET, ROOM 1567
DALLAS, TEXAS 75242

75242-106192